UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCHEREZADE MOMIN,                                   21-cv-612 (JGK)

                Plaintiff,                           ORDER

    - against -

QUANTIERRA ADVISORS, LLC, ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

As discussed during the teleconference held on April 21, 2021, the defendants should file their motion to dismiss by May 14, 2021. The response is due June 4, 2021 and the reply is due June 14, 2021.

SO ORDERED.

Dated:    New York, New York
           April 21, 2021

                                             John G. Koeltl
                                  United States District Judge