```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SCHEREZADE MOMIN,

                Plaintiff,

- against -

QUANTIERRA ADVISORS LLC., ET AL.,

                Defendants.

21-cv-612 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

For the reasons given at the conference held today: (1) the plaintiff's request for leave to file an amended complaint is **granted**; (2) the defendants' motion to dismiss is **denied without prejudice**; and (3) the defendants' motion for sanctions is **denied**.

The plaintiff may file an amended complaint by November 5, 2021. The defendants must move or answer by November 22, 2021. No pre-motion conference is necessary if the defendants choose to move to dismiss.

If the defendants move to dismiss, then the plaintiff's response is due by December 10, 2021 and the defendants' reply is due by December 20, 2021.

If the defendants answer, then the parties must file a Fed. R. Civ. P. 26(f) report by December 10, 2021.

The Clerk is directed to close Docket Nos. 15 and 18.

**SO ORDERED.**

Dated:   New York, New York
         October 22, 2021

_____
John G. Koeltl
**United States District Judge**