UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCHEREZADE MOMIN,

                Plaintiff,

- against -

QUANTIERRA ADVISORS LLC, ET AL.,

                Defendants.

21-cv-612 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to submit courtesy copies of the papers filed in connection with their motion to dismiss. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
             January 4, 2022

                                          John G. Koeltl
                                    United States District Judge