**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SCHEREZADE MOMIN,

               Plaintiff,

  -against-                                              21 **CIVIL** 612 (JGK)

                                                            **JUDGMENT**

QUANTIERRA ADVISORS LLC, ET AL.,

               Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 3, 2022, the Court has considered all of the parties' remaining arguments. To the extent not specifically addressed, they are either moot or without merit. The defendants' motion to dismiss is granted. The plaintiff's FLSA minimum wage claim is dismissed with prejudice. The plaintiff's remaining state law claims are dismissed without prejudice. Judgment is entered and the case is dismissed.

**Dated:** New York, New York

     June 7, 2022

                                                                   **RUBY J. KRAJICK**
                                                                    **Clerk of Court**
                              **BY:**         K. Mango
                                                                        **Deputy Clerk**