UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X   Case No.: 21-CV-00612 (JGK)

SCHEREZADE MOMIN,

                Plaintiff,

    - against -                            **NOTICE OF APPEAL**

QUANTIERRA ADVISORS LLC. dba
SCIPRE ANALYTICS,
BENJAMIN CARLOS THYPIN, *Individually*, and
SANDIP TRIVEDI, *Individually*,

                Defendants.
---------------------------------------------------------------------------X

        **NOTICE IS HEREBY GIVEN THAT,** Plaintiff-Appellant Scherezade Momin hereby appeals to the United States Court of Appeals for the Second Circuit from each and every part of the final judgment entered in this action on the 7th day of June, 2022, which granted Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

                                                                    Respectfully submitted,

                                                                    THE LAW OFFICE OF YURIY MOSHES, P.C.

                                                                    *J. Maldonado*
                                                                    Jessenia Maldonado, Esq.
                                                                    517 Brighton Beach Ave, 2nd Floor
                                                                    Brooklyn, New York 11235
                                                                    Tel: (718) 504-6090
                                                                    jmaldonado@mosheslaw.com
                                                                    *Attorney for Plaintiff*

TO:    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
           Jessica R. Schild, Esq.
           599 Lexington Avenue, 17th Floor
           New York, New York 10022
           (212) 492-2500
           jessica.schild@ogletree.com
           *Attorney for Defendants*