UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCHEREZADE MOMIN,

               Plaintiff,

- against -

QUANTIERRA ADVISORS LLC, ET AL.,

               Defendants.

21-cv-612 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

By July 12, 2022, the plaintiff's counsel is directed to advise the Court whether the plaintiff is deceased. If the plaintiff is deceased, then the plaintiff's counsel is directed to advise the Court further of the date of the plaintiff's death and whether any proceedings in this case have occurred after that date.

SO ORDERED.

Dated:    New York, New York
           July 7, 2022

                                        John G. Koeltl
                                     United States District Judge