UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCHEREZADE MOMIN,

                  Plaintiff,

- against -

QUANTIERRA ADVISORS LLC, ET AL.,

                  Defendants.

21-cv-612 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff's counsel should have promptly filed a suggestion of death after the plaintiff's death, which occurred while the motion to dismiss was pending in this Court. The plaintiff's counsel should bring the issue of the plaintiff's death to the attention of the Court of Appeals for the Second Circuit, including the time of the plaintiff's death in relation to the proceedings before this Court and ECF No. 47 before this Court. See also Fed. R. App. P. 43(a)(2) ("If a party entitled to appeal dies before filing a notice of appeal, the decedent's personal representative — or, if there is no personal representative, the decedent's attorney of record — may file a notice of appeal within the time prescribed by these rules.

After the notice of appeal is filed, substitution must be in accordance with Rule 43(a)(1).").

**SO ORDERED.**

Dated:   New York, New York
         July 13, 2022

_____
John G. Koeltl
**United States District Judge**